UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLEOPATRA CRUDEN,
VIVIAN DANIELS,
and MIGDALIA VIDOT,

Civil Action No.: 15-CV-04071
(RRM) (JO)

Plaintiffs,

**NOTICE OF APPEARANCE**

-against-

CABS HOME ATTENDANTS SERVICE, INC.,

Defendant.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that Plaintiffs CLEOPATRA CRUDEN, VIVIAN DANIELS, and MIGDALIA VIDOT hereby appear in the instant action by and through their attorney, **DONALD GLASSMAN, ESQ.**, and request that all papers, correspondence, and communications in this proceeding be served upon the undersigned at the location and contact information that appear below.

Dated: Brooklyn, New York

July 21, 2015

LAW OFFICE OF DAVID WIMS
BY: Donald Glassman, Esq. (DG6858)
*Attorneys for Plaintiffs*
1430 Pitkin Ave., 2nd Fl.
Brooklyn, NY 11233
646-393-9550