INDEX #: **15CV4071**
Date Filed: _____

**COUNTY OF** _____

**UNITED STATES DISTRICT COURT**
**DISTRICT: EASTERN DISTRICT OF NEW YORK**

ATTORNEY(S): DAVID C. WIMS, ESQ. PH: 646-393-9550
ADDRESS: 1430 PITKIN AVENUE BROOKLYN NY 11233  File No.:

*CLEOPATRA CRUDEN, VIVIAN DANIELS AND MIGDALIA VIDOT*

*Plaintiff(s)/Petitioner(s)*

vs

*CABS HOME ATTENDANTS SERVICE, INC.*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

BLONDELL VICTOR, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Tuesday, July 14, 2015** at **2:50 PM**, at **44 VARET STREET, Brooklyn, NY 11206**, deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on: **CABS HOME ATTENDANTS SERVICE, INC.**, Defendant therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X] By delivering thereat a true copy of each to **MARGARET AGUDELO** personally, deponent knew said Domestic Corporation so served to be the Domestic Corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the Domestic Corporation, and said person stated that he/she was authorized to accept service on behalf of the Domestic Corporation.

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** [ ] By delivering a true copy of each to _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____

Address confirmed by _____,

**#5 MAIL COPY** [ ] On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.** [X] A description of the person Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Female   Color of skin: White   Color of hair: Blonde   Age: 36-50 Yrs   Height: 5' 9 - 6' 0"
Weight: 161 - 200 Lbs   Other Features: _____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [ ] Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** [ ]

Sworn to before me on   July 15, 2015

VANESSA JOHNSON
NOTARY PUBLIC, State of New York
No. 01JO6168083, Qualified in Kings County
Term Expires May 14, 2019
WOref# 0283866

BLONDELL VICTOR
Server's Lic # 1306162
Invoice•Work Order # 4123599